UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JOHNNY CRAWFORD** | **CIVIL DOCKET NO. 3:22-CV-03771** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **STATE FARM FIRE & CASUALTY COMPANY, ET AL** | **MAGISTRATE JUDGE KATHLEEN KAY** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 17] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS HEREBY ORDERED that Plaintiff's VOLUNTARY MOTION TO DISMISS [Doc. 16] be GRANTED and this case is DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers on this 15th day of June 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE